UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH ENGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-CV-1507 RLW |
| | ) |
| CORIZON MEDICAL, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the record. On December 11, 2020, the Court ordered plaintiff to respond to the Court within twenty-one (21) days as to whether he wished to pursue review of his amended complaint in this matter. Plaintiff has failed to respond to the Court in a timely manner. The Court will therefore assume plaintiff wishes to take up his appeal in this action. The Court will Order the Clerk to process plaintiff's Notice of Appeal and grant plaintiff's motion to proceed in forma pauperis on appeal in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall process plaintiff's Notice of Appeal.

**IT IS FURTHER ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #9] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall instruct the Missouri Department of Corrections to being collecting payments from plaintiff's prison account in accordance with 28 U.S.C. § 1915(b)(2) until the $505 appellate fee is paid in full.

**IT IS FURTHER ORDERED** that plaintiff's motion to proceed in forma pauperis in the District Court [Doc. #7] is **DENIED AS MOOT**.

Dated this 14th day of January, 2021.

*Ronnie L. White*

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE