**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH ENGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-CV-1507 RLW |
| | ) | |
| CORIZON MEDICAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court sua sponte. On January 14, 2021, the Court instructed the Clerk to process plaintiff's Notice of Appeal in this matter. At that time, plaintiff's amended complaint was still pending in this matter, awaiting review pursuant to 28 U.S.C. § 1915. Because the Court lost jurisdiction to review plaintiff's amended complaint at that time, the Court will administratively close this action until such time as the Eighth Circuit Court of Appeals rules on plaintiff's appeal.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall administratively close this action until such time as the Eighth Circuit Court of Appeals rules on plaintiff's appeal of this matter.

Dated this 28th day of January, 2021.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE